# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Kristina Danielle Gayler (2),

Defendant.

Case No. **18-cr-02722-WQH**

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐    the Court has dismissed the case for unnecessary delay; or

☒    the Court has granted the motion of the Government for dismissal, without prejudice; or

☐    the Court has granted the motion of the defendant for a judgment of acquittal; or

☐    a jury has been waived, and the Court has found the defendant not guilty; or

☐    the jury has returned its verdict, finding the defendant not guilty;

☒    of the offense(s) as charged in the Information and Superseding Information:

8:1324(a)(1)(A)(ii),(v)(II),(a)(1)(B)(i) - Transportation of Certain Aliens for Financial Gain

Dated:   7/3/2018

Hon. Barbara L. Major
United States Magistrate Judge